IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01009–EWN–MEH

MARIAN J. BARCIKOWSKI,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., a Delaware corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed July 17, 2006. The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 28th day of July, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge